## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRI D. WRIGHT,**<br>204 Beacon Place, NE<br>Washington, DC 20011,<br><br>          **Plaintiff,**<br><br>     v.<br><br>**EUGENE & AGNES E. MEYER FOUNDATION,**<br>1250 Connecticut Ave, NW, Suite 800<br>Washington, DC 20036<br><br>and<br><br>**NICOLA O. GOREN,**<br>4228 Alton Pl, NW<br>Washington, DC 20016<br><br>          **Defendants.** | Case No. 20-cv-2471 |

## NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE, that pursuant to 28 U.S.C. §§ 1331 and 1446, Defendants Eugene & Agnes E. Meyer Foundation and Nicola O. Goren ("Defendants") file this Notice of Removal of the above-captioned matter from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. The grounds for removal are as follows:

1.   On August 13, 2020, Plaintiff Terri D Wright ("Plaintiff") served Defendant Nicola O. Goren with the Summons and Complaint, a true and correct copy of which is attached hereto. On that same date, counsel for Defendants accepted service for Defendant Eugene & Agnes E. Meyer Foundation The action was brought in the Superior Court for the District of Columbia, styled and captioned exactly as above, and assigned Case No. 2020 CA 003266 B. Plaintiff brings

a claim arising under federal law for race discrimination pursuant to 42 U.S.C. § 1981 in addition to common law claims of defamation; and breach of contract. No other pleading was served on Defendants in the State Court action.

2. This Court has jurisdiction over the matter because one or more of Plaintiff's claims arises under the "Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Specifically, Count I of Plaintiff's Complaint asserts a claim under 42 U.S.C. § 1981. This Court has supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

3. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after Defendants were served with a copy of the initial pleading.

4. The Superior Court in which Plaintiff commenced this matter is within this Court's district. Therefore, the matter is properly removable to this Court. 28 U.S.C. § 1441(a).

5. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court for the District of Columbia, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is filed herewith.

6. Filed herewith is a copy of the Notice to Plaintiff of Filing of Notice of Removal, the original of which is being served on Plaintiff in accordance with 28 U.S.C. § 1446(a).

7. The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice.

WHEREFORE, having fulfilled all statutory requirements, Defendants hereby remove this action from the Superior Court for the District of Columbia, to this Court, and requests that this Court assume full jurisdiction over this matter as provided by law.

3.

| | |
|---|---|
| September 3, 2020 | */s/ Alison N. Davis* |
| | Alison N. Davis (Bar No. 429700) |
| | Patricia Donkor (Bar No. 1000455) |
| | LITTLER MENDELSON, P.C. |
| | 815 Connecticut Avenue, NW, Suite 400 |
| | Washington, DC  20006-4046 |
| | 202.842.3400  Telephone |
| | 202.842.0011  Facsimile |
| | ANDavis@littler.com |
| | PDonkor@littler.com |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2020, a true and correct copy of Notice of Removal was served by first class mail, postage prepaid, upon the following:

> Derek Sells
> The Cochran Firm
> 55 Broadway, 23rd Floor
> New York, NY 10006
>
> *Counsel for Plaintiff*

I further certify that, pursuant to 28 U.S.C. § 1446(d), on September 3, 2020, a copy of the foregoing Notice of Removal was served via Case FileXpress upon the following:

> James D. McGinley
> Clerk of the Court
> Superior Court of the District of Columbia
> 500 Indiana Avenue, N.W.
> Washington, DC  20001

*/s/ Alison N. Davis*
Alison N. Davis

4.