IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRI D. WRIGHT,**<br><br>            **Plaintiff,**<br><br>      **v.**<br><br>**EUGENE & AGNES E. MEYER FOUNDATION, et al.**<br><br><br>            **Defendants.** | **Case No. 1:20-cv-02471-KBJ** |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Civil Rule 7 of the United States District Court for the District of Columbia, Defendants Eugene & Agnes E. Meyer Foundation ("the Foundation") and Nicola Goren ("Ms. Goren") (collectively "Defendants"), through undersigned counsel submit this Motion to Dismiss the Complaint. This Court must dismiss this action because even taking Plaintiff's allegations as true (which Defendants deny) the Section 1981 claim — Plaintiff's first cause of action — fails because it is a recast defamation claim, and Plaintiff does not include sufficient facts to make it plausible that Defendants discriminated against her based upon her race. Ms. Goren allegedly made the substantive statements underlying Plaintiff's defamation claim to an individual with a common interest, and therefore a qualified privilege protects the statement. The alleged statements also were expressions of opinion and therefore could not be defamatory.

In support of this Motion, Defendants rely upon the evidence and legal arguments set forth in their accompanying Memorandum of Points and Authorities. A proposed order is also attached hereto.

Dated: September 10, 2020                    Respectfully submitted,

/s/ Patricia Donkor
Alison N. Davis (Bar No. 429700)
Patricia Donkor (Bar No. 100455)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4006
Telephone: 202-842-3400
Facsimile: 202-842.001
andavis@littler.com
pdonkor@littler.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of September 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, which caused a copy of the same to be served upon:

Derek S. Sells
55 Broadway, 23rd Floor
New York, NY 10006
Dsells@cochranfirm .com
*Counsel for Plaintiff*

*Patricia B. Donkor*
Patricia B. Donkor