# EXHIBIT 1

# Severance Agreement



VIA ELECTRONIC DELIVERY

October 15, 2019

Ms. Terri D. Wright

Dear Terri,

As you know, you separated from employment with The Eugene and Agnes E. Meyer Foundation (the "Foundation") on October 1, 2019. In connection with your separation, the Foundation provided you with a severance agreement on October 1, 2019 (the "initial severance agreement") that set forth the severance benefits you were eligible to receive. You have since requested changes to the initial severance agreement and the Foundation has agreed to revise certain of the severance benefits it initially offered you as set forth herein (the "revised letter agreement").



3. **Release of Claims**. In consideration of the severance benefits, which you acknowledge you would not otherwise be entitled to receive, you, on behalf of yourself and your successors, assigns and agents, hereby fully, irrevocably and unconditionally release, remise and forever discharge the Foundation and its respective predecessors, successors, affiliates, subsidiaries, parent companies and assigns, and all of their respective past and present directors, officers, partners, members, stockholders, plan administrators, fiduciaries, insurers, agents, attorneys and employees (each in their individual and corporate capacities) (collectively, the "Releasees") from any and all claims, charges, complaints, demands, actions, causes of action, suits, rights, debts, sums of money, costs, accounts, reckonings, covenants, contracts, agreements, promises, doings, omissions, damages, executions, obligations, liabilities and expenses (including attorneys' fees and costs), of every kind and nature that you have ever had or now have against any or all of the Releasees, including, but not limited to, any and all claims arising out of or relating to your employment with and/or separation from the Foundation, including, but not limited to, all claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., the Genetic Information Nondiscrimination Act of 2008, 42 U.S.C. § 2000ff et seq., the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq., the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq., the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq., the Uniform Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301 et seq., Executive Order 11246, Executive Order 11141, the Employee Retirement Income Security Act of 1974 ("ERISA"), 19 U.S.C. § 1001 et seq., the District of Columbia Human Rights Act of 1977, D.C. Code § 2-1401.01 et seq., D.C. Code § 7-1005 et seq. (D.C. disability discrimination law), D.C. Code § 32-501 et seq. (D.C. family and medical leave law) and D.C. Code § 32-521.01 et seq. (D.C. parental leave law), all as amended; all common law claims including, but not limited to, actions in defamation, intentional infliction of emotional distress, misrepresentation, fraud, wrongful discharge, and breach of contract; all claims to any ownership interest in the Foundation, contractual or otherwise; any claims for unpaid wages, including overtime pay, and related claims including the failure to timely pay you any wages to which you were entitled, to the extent releaseable by applicable law; and any claim or damage arising out of your employment with and/or separation from the Foundation (including a claim for retaliation) under any common law theory or any federal, state or local statute or ordinance not expressly referenced above (collectively, the "Claims"), except as otherwise set forth in paragraph 4 below. Further, nothing in this revised letter

agreement constitutes a waiver of any rights you may have for unemployment compensation benefits.

You understand and agree that the Claims released in this paragraph 3 include not only claims presently known to you, but also all unknown or unanticipated claims, rights, demands, actions, obligations, liabilities and causes of action of every kind and character that would otherwise come within the scope of the released claims as described in this paragraph 3. You confirm that you understand that you may hereafter discover facts different from what you now believe to be true, which if known, could have materially affected this release, but you nevertheless waive and release any claims or rights based on different or additional facts.



6.  **Mutual Non-Disparagement**. You agree that you have not made, and will not make, any false, disparaging or derogatory statements to any person or entity, including any media outlet, industry group or financial institution, regarding the Foundation or any of the other Releasees, or about the Foundation's business affairs and/or financial condition; provided, however, that nothing herein prevents you from making truthful disclosures to any governmental entity or in any litigation or arbitration. Likewise, the Foundation will direct those officers, directors and employees with direct knowledge of this revised letter agreement not to make any false, disparaging or derogatory statements to any person or entity regarding you; provided, however, that nothing herein prevents such individuals from making truthful disclosures to any governmental entity or in any litigation or arbitration.



Very truly yours,

By: _____
Nicky Goren
President

I hereby agree to the terms and conditions set forth above. I have been given at least seven days to consider this revised letter agreement, and I have chosen to execute this on the date below.

*[signature: Terri D. Wright]*       10/18/19

Terri D. Wright                              Date