## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRI D. WRIGHT,**<br><br>            **Plaintiff,**<br><br>      v.<br><br>**EUGENE & AGNES E. MEYER FOUNDATION, et al.**<br><br>            **Defendants.** | Case No. 1:20-cv-02471-KBJ |

### [PROPOSED] ORDER

Upon consideration of Defendants Eugene & Agnes E. Meyer Foundation ("the Foundation") and Nicola Goren ("Ms. Goren") (collectively "Defendants") Motion to Dismiss, the Memorandum of Points and Authorities in support thereof, any opposition to the Motion, the reply, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Dismiss is **GRANTED**; and the Complaint is hereby **DISMISSED**.

Date: _____

_____
Judge Ketanji Brown Jackson
United States District Court Judge