IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRI D. WRIGHT,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 1:20-cv-02471-KBJ <br> **EUGENE & AGNES E. MEYER** ) <br> **FOUNDATION**, *et al.* ) <br> ) <br> Defendants. ) <br> ) | |

## DECLARATION OF TRACEY L. BROWN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Tracey L. Brown, an attorney duly admitted to practice before this Court, hereby declares the following to be true under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am the Managing Partner of The Cochran Firm, P.C., attorneys for the Plaintiff in the within action, and as such I am fully familiar with the facts and circumstances surrounding this matter.

2. I submit this Declaration, along with the accompanying exhibits and Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss.

3. Attached hereto in support of Plaintiff's Opposition to Defendants' Motion to Dismiss are Exhibits 1- 2, which are true and accurate copies of the following documents:

Exhibit 1    Verified Complaint

Exhibit 2    Verified Amended Complaint filed in the *Henson v. Washington Regional Association of Grantmakers Matter*; Civil Action No. 20-cv-02043 (DLF)

1

Dated: New York, New York
September 24, 2020

                                        Respectfully Submitted,

                                        THE COCHRAN FIRM
                                        Attorneys for Plaintiff

                                            /s/ Tracey L. Brown
                                        _____
                                        Tracey L. Brown, ESQ. (DC Bar No. 450898)
                                        55 Broadway, 23rd Floor
                                        New York, NY 10006
                                        (212) 553-9215 (Tel. No.)
                                        (212) 227-8763 (Facsimile
                                        tbrown@cochranfirm.com


## **CERTIFICATE OF SERVICE**

This is to certify that I have filed a true and correct copy of the above and foregoing document, along with the accompanying Exhibits and Plaintiff's Memorandum of Points and Authorities in Opposition to the Defendants' Motion to Dismiss, to the Clerk of Court using the ECF electronic filing system which sent notification to all counsel of record on the 24th day of September 2020:

Alison N. Davis (Bar No. 429700)
Patricia Donkor (Bar No. 100455)
LITTLER MENDELSON, P.C.
Attorneys for Defendants
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4006
Telephone: 202-842-3400
Facsimile: 202-842.001
andavis@littler.com
pdonkor@littler.com

                                          /s/ *Tracey L. Brown*
                                          Tracey L. Brown, Esq. (DC Bar No. 450898)