# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRI D. WRIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No. 1:20-cv-02471-KBJ** |
| **EUGENE & AGNES E. MEYER** ) | |
| **FOUNDATION**, *et al.* ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendants', Eugene & Agnes E. Meyer Foundation and Nicola O. Goren, Motion to Dismiss, Defendants' Memorandum of Points and Authorities in Support, Plaintiff's Opposition to Defendants' Motion to Dismiss, including exhibits and her Memorandum of Points and Authorities in Opposition, and Defendants' reply, which is the entire record herein, it is hereby

ORDERED that the Defendants' Motion to Dismiss is DENIED in its entirety.

Date: _____

_____
Judge Ketanji Brown Jackson
United States District Court Judge