# EXHIBIT 4

## Excerpts from
## October 2019, Severance Agreement




VIA ELECTRONIC DELIVERY

October 15, 2019

Ms. Terri D. Wright
204 Beacon Place NE
Washington DC 20011

Dear Terri,

As you know, you separated from employment with The Eugene and Agnes E. Meyer Foundation (the "Foundation") on October 1, 2019. In connection with your separation, the Foundation provided you with a severance agreement on October 1, 2019 (the "initial severance agreement") that set forth the severance benefits you were eligible to receive. You have since requested changes to the initial severance agreement and the Foundation has agreed to revise certain of the severance benefits it initially offered you as set forth herein (the "revised letter agreement").

Accordingly, you are eligible to receive the severance benefits described in paragraph 2 below if you timely sign and return this revised letter agreement to me at The Eugene and Agnes E. Meyer Foundation, 1250 Connecticut Avenue, NW, Suite 800, Washington, DC, 20036 no later than October 23, 2019. By timely signing and returning this revised letter agreement, you will be entering into a binding agreement with the Foundation and will be agreeing to the terms and conditions set forth in the numbered paragraphs below, including the release of claims set forth in paragraph 3. Therefore, you are advised to consult with an attorney of your own choosing before signing this revised letter agreement and you have been given at least seven days to do so.

If you choose not to sign and return this revised letter agreement by October 23, 2019, you shall not receive any severance benefits from the Foundation. However, you have already received payment for all salary and unused vacation accrued through the Separation Date (as defined below), less all applicable taxes and withholdings. To the extent that you have not submitted for reimbursement business-related expenses that you may have incurred through the Separation Date, such reimbursement request must be submitted no later than October 23, 2019. The Foundation will reimburse you for such reasonable expenses pursuant to its expense reimbursement policy.

The following numbered paragraphs set forth the terms and conditions that will apply if you timely sign and return this revised letter agreement and comply with its terms.



6. **Mutual Non-Disparagement**. You agree that you have not made, and will not make, any false, disparaging or derogatory statements to any person or entity, including any media outlet, industry group or financial institution, regarding the Foundation or any of the other Releasees, or about the Foundation's business affairs and/or financial condition; provided, however, that nothing herein prevents you from making truthful disclosures to any governmental entity or in any litigation or arbitration. Likewise, the Foundation will direct those officers, directors and employees with direct knowledge of this revised letter agreement not to make any false, disparaging or derogatory statements to any person or entity regarding you; provided, however, that nothing herein prevents such individuals from making truthful disclosures to any governmental entity or in any litigation or arbitration.



13. **Voluntary Assent.** You affirm that no other promises or agreements of any kind have been made to or with you by any person or entity whatsoever to cause you to sign this revised letter agreement, and that you fully understand the meaning and intent of this revised letter agreement. You state and represent that you have had an opportunity to discuss fully and review the terms of this revised letter agreement with an attorney. You further state and

represent that you have carefully read this revised letter agreement, understand the contents herein, freely and voluntarily assent to all of the terms and conditions hereof, and sign your name of your own free act.



18. **Entire Agreement.** This revised letter agreement contains and constitutes the complete agreement between the parties hereto with respect to your separation from employment and the settlement of claims against the Foundation and cancels all previous oral and written negotiations, agreements and commitments in connection therewith, including, but not limited to, the initial severance agreement. Nothing in this paragraph 18, however, shall modify, cancel or supersede your continuing obligations as set forth in paragraph 5 herein.

I hereby agree to the terms and conditions set forth above. I have been given at least seven days to consider this revised letter agreement, and I have chosen to execute this on the date below.

Terri D. Wright ______ 10/18/19 ______

Terri D. Wright | Date