AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| TERRI D. WRIGHT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-02471-FYP |
| EUGENE & AGNES E. MEYER FOUNDATION, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eugene & Agnes E. Meyer Foundation, et al .

Date: 10/28/2021

/s/ Anna M. Sheridan
*Attorney's signature*

Anna M. Sheridan - Bar No.: 1671005
*Printed name and bar number*
LITTLER MENDELSON, PC
815 CONNECTICUT AVENUE, NW
SUITE 400
WASHINGTON, DC 20006
*Address*

asheridan@littler.com
*E-mail address*

(202) 842-3400
*Telephone number*

(202) 842-0011
*FAX number*