**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**TERRI D. WRIGHT**

        *Plaintiff*,

  **v.**

**EUGENE & AGNES E. MEYER**
**FOUNDATION,** *et al.*,

        *Defendants*.

**Civil Action No. 20-2471 (FYP)**

---

## ORDER

For the reasons set forth in the Memorandum Opinion, it is this, 29th day of December, 2021, hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED;** and it is further

**ORDERED** that the Clerk of Court shall close this case.

**SO ORDERED.**

_____
Florence Y. Pan
United States District Judge