UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------X
TERRI D. WRIGHT,

                Plaintiff,               **NOTICE OF APPEAL**

v.                                         Docket Number: 1:20-cv-02471 (FYP)

EUGENE & AGNES E. MEYER
FOUNDATION, and NICOLA O.
GOREN,

                Defendants.
-----------------------------------------------X

       Plaintiff Terri D. Wright appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of The Hon. Florence Y. Pan, United States District Judge, entered on December 29, 2021, which granted the Defendants' motion to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7 of the United States District Court for the District of Columbia, and thereby dismissed the Plaintiff's action, for reasons set forth in the Memorandum Opinion entered December 29, 2021.

       Dated: January 13, 2022

                                                   Derek S. Sells, Esq. (DC Bar No. 420398)
                                                   The Cochran Firm
                                                   Attorneys for Plaintiff
                                                   55 Broadway, 23rd Floor
                                                   New York, NY 10006
                                                   (212) 553-9215
                                                   dsells@cochranfirm.com