## CERTIFICATE OF SERVICE

I certify that on this 13th day of January 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which caused a copy of the same to be served upon:

Alison N. Davis (Bar No. 429700)
Patricia Donkor (Bar No. 100455)
Littler Mendelson, PC
Attorneys for Defendants
815 Connecticut Ave., NW, Suite 400
Washington D.C., 20006-4006
202-842-3400
andavis@littler.com
pdonkor@littler.com

_____
Derek S. Sells, Esq. (DC Bar No. 420398)
The Cochran Firm
Attorneys for Plaintiff
55 Broadway, 23rd Floor
New York, NY 10006
(212) 553-9215
dsells@cochranfirm.com