# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 22-7004**                                    **September Term, 2022**
                                                   FILED ON: MAY 23, 2023

TERRI D. WRIGHT,
      APPELLANT

v.

EUGENE & AGNES E. MEYER FOUNDATION AND NICOLA O. GOREN,
      APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-02471)

---

Before: MILLETT, WILKINS and WALKER, *Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

BY:   /s/

                              Daniel J. Reidy
                              Deputy Clerk

Date: May 23, 2023

Opinion for the court filed by Circuit Judge Wilkins.
Dissenting opinion filed by Circuit Judge Walker.