UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRI D. WRIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>EUGENE & AGNES E. MEYER FOUNDATION, et al.,<br><br>        Defendants. | Case No. 1:20-cv-02471 (ACR) |

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR PATRICIA B. DONKOR

    Pursuant to Local Rule 83.6(b), Defendants Eugene & Agnes E. Meyer Foundation and Nicola Goren file this notice for withdrawal of Patricia B. Donkor as counsel for Defendants. Defendants continue to be represented by undersigned counsel.

Dated: July 5, 2023

                                      */s/ Alison N. Davis*
                                      Alison N. Davis, Bar No. 429700
                                      andavis@littler.com
                                      Anna M. Sheridan, Bar No. 1671005
                                      asheridan@littler.com

                                      LITTLER MENDELSON, P.C.
                                      815 Connecticut Avenue NW
                                      Suite 400
                                      Washington, DC  20006.4046
                                      Telephone:   202.842.3400
                                      Facsimile:    202.842.0011

                                      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of July 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, which caused a copy of the same to be served upon:

>Derek S. Sells
>55 Broadway, 23rd Floor
>New York, NY 10006
>Dsells@cochranfirm.com
>
>*Counsel for Plaintiff*

>>*/s/ Alison N. Davis*
>>Alison N. Davis