UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRI D. WRIGHT,<br><br>                      Plaintiff,<br><br>v.<br><br>EUGENE & AGNES E. MEYER FOUNDATION, *et al.*,<br><br>                      Defendants. | Civil Action No. 1:20-cv-02471 (ACR) |

## SCHEDULING ORDER

The Court has received a Rule 16 report from Plaintiff Terri Wright and Defendants Nicola Goren and the Eugene & Agnes E. Meyer Foundation. The Court now issues the following Scheduling Order:

1. Initial Disclosures – August 31, 2023
2. Deadline for Amending Pleadings or Adding Parties – December 26, 2023
3. Discovery Closes – February 9, 2024
4. Proponent's Expert Reports – March 12, 2024
5. Rebuttal Expert Reports – April 11, 2024
6. Completion of Expert Depositions – May 10, 2024
7. Deadline for Dispositive Motions – June 10, 2024
8. Responses to Dispositive Motions – June 24, 2024
9. Replies to Dispositive Motions – July 8, 2024

10. Pretrial Conference – August 5, 2024

11. Trial – beginning August 12, 2024

**SO ORDERED.**

/s/ Ana C. Reyes

Date:  August 15, 2023

ANA C. REYES
United States District Judge