## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRI D. WRIGHT,**<br><br>          **Plaintiff,**<br><br>          **v.**<br><br>**EUGENE & AGNES E. MEYER FOUNDATION, ET AL.,**<br><br>          **Defendants.** | **Case No. 1:20-cv-02471 (ACR)** |

## JOINT STATUS REPORT

Plaintiff Terri D. Wright ("Plaintiff") and Defendants Eugene & Agnes E. Meyer Foundation and Nicola Goren, (collectively "Defendants" and collectively with Plaintiff, "the Parties"), by and through their undersigned counsel and pursuant to the Court's Minute Order dated December 12, 2023, hereby submit this Joint Status Report regarding private mediation.

The Court's Minute Order ordered that the Parties file a joint status report after the close of mediation. The Parties met for a remote mediation on December 18, 2023, with the Hon. James R. Spencer (Ret.) but were unable to reach resolution. The Parties will move forward with the rest of discovery.

Dated:  December 18, 2023                              Respectfully submitted,

*/s/ Derek S. Sells*
Derek S. Sells, Esq.
(D.C. Bar Number 420398)
The Cochran Firm
55 Broadway, 23rd Floor
New York, NY 10006
Phone: (212) 553-9215
dsells@cochranfirm.com

*Counsel for Plaintiff*

/s/ *Alison N. Davis*
Alison N. Davis
(D.C. Bar No. 429700)
Anna Sheridan
(D.C. Bar No. 1671005)
Littler Mendelson P.C.
815 Connecticut Ave NW, 4th Floor
Washington, DC  20006
(202) 842-3400
(202) 842-0011 (fax)
andavis@littler.com
asheridan@littler.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of December 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, which caused a copy of the same to be served upon:

> Derek S. Sells, Esq.
> (D.C. Bar Number 420398)
> The Cochran Firm
> 55 Broadway, 23rd Floor
> New York, NY 10006
> Phone: (212) 553-9215
> dsells@cochranfirm.com
>
> *Counsel for Plaintiff*

> */s/ Alison N. Davis*
> Alison N. Davis