UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRI D. WRIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>EUGENE & AGNES E. MEYER FOUNDATION, ET AL.,<br><br>        Defendants. | Case No. 1:20-cv-02471 (ACR) |

## AMENDED JOINT STATUS REPORT

Plaintiff Terri D. Wright ("Plaintiff") and Defendants Eugene & Agnes E. Meyer Foundation and Nicola Goren, (collectively "Defendants" and collectively with Plaintiff, "the Parties"), by and through their undersigned counsel and pursuant to the Court's Minute Order dated December 12, 2023, hereby submit this Amended Joint Status Report regarding private mediation.

The Court's Minute Order ordered that the Parties file a joint status report after the close of mediation. The Parties met for a remote mediation on December 18, 2023, with the Hon. James R. Spencer (Ret.) but were unable to reach resolution. The mediation lasted for approximately three hours. Dr. Wright and her attorney, Derek Sells, attended for the Plaintiff. Defendants' counsel Alison Davis and Anna Sheridan were in attendance and defendant Nicola Goren attended the mediation in her individual capacity. Attending on behalf of the Meyer Foundation was President and CEO George Askew, Chief Operating Officer Janice Thomas, and Board Chair Tram Nguyen.

The Parties will move forward with the rest of discovery.

Dated: December 21, 2023                                          Respectfully submitted,

*/s/ Derek S. Sells*
Derek S. Sells, Esq.
(D.C. Bar Number 420398)
The Cochran Firm
55 Broadway, 23rd Floor
New York, NY 10006
Phone: (212) 553-9215
dsells@cochranfirm.com

*Counsel for Plaintiff*

/s/ *Alison N. Davis*
Alison N. Davis
(D.C. Bar No. 429700)
Anna Sheridan
(D.C. Bar No. 1671005)

Littler Mendelson P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC  20006
Phone: (202) 842-3400
Facsimile: (202) 842-0011
andavis@littler.com
asheridan@littler.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of December 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, which caused a copy of the same to be served upon:

>Derek S. Sells, Esq.
>(D.C. Bar Number 420398)
>The Cochran Firm
>55 Broadway, 23rd Floor
>New York, NY 10006
>dsells@cochranfirm.com
>
>*Counsel for Plaintiff*

>>>>>*/s/ Alison N. Davis*
>>>>>Alison N. Davis