UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------------X

TERRI WRIGHT,

                          *Plaintiff*,

      -against-

EUGENE & AGNES E. MEYER FOUNDATION and
NICOLA O. GOREN,

                          *Defendants*.

---------------------------------------------------------------------X

Case No.: 1:20-cv-02471-KBJ

**(PROPOSED)
SCHEDULING ORDER**

On unopposed motion of the parties:

    IT IS HEREBY ORDERED that the parties' deadline to complete fact discovery is hereby adjourned from February 9, 2024, to March 15, 2024; and

    IT IS FURTHER ORDERED that the deadline to file expert reports is hereby adjourned from March 12, 2024, to April 16, 2024; and

    IT IS FURTHER ORDERED that the deadline to file rebuttal expert reports is hereby adjourned from April 11, 2024, to May 16, 2024.

                                              ENTER this ___ Day of January 2024,

                                              _____
                                                  ANA C. REYES, U.S.D.J.