# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRI D. WRIGHT,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**EUGENE & AGNES E. MEYER FOUNDATION, et al.,**<br><br>　　　　**Defendants.** | Case No. 1:20-cv-02471-ACR |

## STIPULATION OF DISMISSAL

　　Plaintiff Terri D. Wright and Defendants Eugene & Agnes E. Meyer Foundation and Nicola Goren, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims and causes of action stated against Defendant Nicola Goren in the above captioned civil action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs, expenses, and attorney's fees.

Date:  January 29, 2024

/s/ Derek S. Sells  
Derek S. Sells (DC Bar 420398)  
THE COCHRAN FIRM NEW YORK  
55 Broadway, 23rd Floor  
New York, NY 10006  
(212) 553-9215 (Direct)  
dsells@cochranfirm.com  

*Attorney for Plaintiff Terri Wright*

/s/ Alison N. Davis  
Alison N. Davis (DC Bar 429700)  
Anna M. Sheridan (DC Bar 1671005)  
LITTLER MENDELSON, P.C.  
815 Connecticut Ave., N.W. Suite 400  
Washington, D.C. 20006  
(202) 842-3400 (telephone)  
(202) 842-0011 (facsimile)  
andavis@littler.com  
asheridan@littler.com  

*Attorneys for Defendants Eugene & Agnes*  
*E. Meyer Foundation and Nicola Goren*