# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRI D. WRIGHT,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**EUGENE & AGNES E. MEYER FOUNDATION, et al.,**<br><br>   **Defendants.** | Case No. 1:20-cv-02471-ACR |

## STIPULATION OF DISMISSAL

Plaintiff Terri D. Wright and Defendant Eugene & Agnes E. Meyer Foundation by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs.

Date:  February 1, 2024

/s/ Derek S. Sells
Derek S. Sells (DC Bar 420398)
THE COCHRAN FIRM NEW YORK
55 Broadway, 23rd Floor
New York, NY 10006
(212) 553-9215 (Direct)
dsells@cochranfirm.com

*Attorney for Plaintiff Terri Wright*

/s/ Alison N. Davis
Alison N. Davis (DC Bar 429700)
Anna M. Sheridan (DC Bar 1671005)
LITTLER MENDELSON, P.C.
815 Connecticut Ave., N.W. Suite 400
Washington, D.C. 20006
(202) 842-3400 (telephone)
(202) 842-0011 (facsimile)
andavis@littler.com
asheridan@littler.com

*Attorneys for Defendant Eugene & Agnes E. Meyer Foundation*